IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CATHAS ADVANCED TECHNOLOGIES, LLC,<br><br>                    Plaintiff,<br><br>v.<br><br>LINKEDIN CORPORATION,<br><br>                    Defendant. | C.A. No. 1:12-cv-00672-LPS |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between Cathas Advanced Technologies, LLC. and LinkedIn Corporation pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that all claims in the above-captioned case be, and hereby are, dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

Dated: October 5, 2012

| | |
|---|---|
| BAYARD, P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| /s/ Stephen B. Brauerman<br>Richard D. Kirk (rk0922)<br>Stephen Brauerman (sb4952)<br>222 Delaware Ave., Suite 900<br>Wilmington, DE 19801<br>(302) 655-5000<br>rkirk@bayardlaw.com<br>sbrauerman@bayardlaw.com<br><br>*Attorneys for Plaintiff Cathas Advanced Technologies, LLC* | /s/ Jack B. Blumenfeld<br>Jack B. Blumenfeld (#1014)<br>Karen Jacobs Louden (#2881)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>klouden@mnat.com<br><br>*Attorneys for Defendant LinkedIn Corp.* |